UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>        Plaintiff(s),<br><br>   v.<br><br>OLIVO'S RESTAURANT,<br><br>        Defendant(s).<br>_____/ | No. C-11-03607 (DMR)<br><br>**ORDER REQUESTING STATUS UPDATE** |

The Clerk of the Court entered default against Defendants pursuant to Plaintiffs' request on January 10, 2012. [Docket No. 8; *see* Docket Nos. 6-7.] Plaintiffs have taken no further action in the litigation. The court hereby ORDERS Plaintiffs to submit a status update to the court by February 21, 2012.

Plaintiffs shall serve a copy of this Order on Defendants upon receipt and file proof of service with the Court.

IT IS SO ORDERED.

Dated: February 15, 2012

DONNA M. RYU
United States Magistrate Judge