UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, | No. C-11-03607 (DMR) |
|     Plaintiff(s), | **ORDER FOR STATUS UPDATE** |
| v. | |
| OLIVO'S RESTAURANT, | |
|     Defendant(s). | |

The Clerk of the Court entered default against Defendants pursuant to Plaintiffs' request on January 10, 2012. [Docket No. 8; *see* Docket Nos. 6-7.] At the court's request, Plaintiffs submitted a case status report on February 21, 2012, noting that they would soon file a motion for default judgment. [Docket No. 10.] Plaintiffs have neither filed such motion, nor taken any further action in the litigation. The court hereby ORDERS Plaintiffs to submit a status update to the court by March 28, 2012. The court notes that failure to take further action may result in dismissal for lack of prosecution.

Plaintiffs shall serve a copy of this Order on Defendants upon receipt and file proof of service with the Court.

IT IS SO ORDERED.

Dated: March 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge